IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

JAMES A. BLANTON,

    Plaintiff,

-vs-

MICHAEL J. ASTRUE,
COMMISSIONER OF
SOCIAL SECURITY,

    Defendant.

Case No. 3:09-cv-154

District Judge Walter Herbert Rice
Magistrate Judge Michael R. Merz

## ORDER ADOPTING REPORT AND RECOMMENDATIONS

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Michael R. Merz (Doc. No. 13), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired on March 29, 2010, hereby ADOPTS said Report and Recommendations.

It is therefore ORDERED that this matter be remanded pursuant to sentence six of the remand provision of the Act for the purpose of considering the November 10, 2008, notice from the Veterans Administration. It is also recommended that following such remand, the Commissioner shall file with the court any additional and/or modified findings of fact and decision.

March 29, 2010.

                                          /s/ Walter Herbert Rice
                                          Walter Herbert Rice
                                          United States District Judge