```
                    IN THE UNITED STATES DISTRICT COURT
                     FOR THE SOUTHERN DISTRICT OF OHIO
                              WESTERN DIVISION
```

JAMES A. BLANTON,

        Plaintiff,

          vs.                              Civil No.  3:09cv00154
                                                JUDGE RICE
                                                MAGISTRATE JUDGE MERZ

MICHAEL J. ASTRUE,
COMMISSIONER OF
SOCIAL SECURITY,

        Defendant.


## ORDER GRANTING DEFENDANT, COMMISSIONER'S MOTION TO VACATE REMAND AND REINSTATE CASE

    Upon Motion by the defendant, and for good cause shown, Defendant's Motion to Vacate Remand is hereby granted, case is reinstated on the Court's docket, and the supplemental certified administrative records accepted for filing.

                                                          s/ *Michael R. Merz*

June 7, 2012                                       UNITED STATES MAGISTRATE JUDGE